UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULLAH M., | No. 1:25-cv-1972-TLN-JDP |
| Petitioner, | A # 027-775-549 |
| v. | |
| WARDEN, *et al.*, | **ORDER** |
| Respondents. | |

Petitioner, an immigration detainee, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On May 1, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  (ECF No. 20.)  Neither party filed objections.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.     The findings and recommendations filed May 1, 2026 (ECF No. 20) are ADOPTED in full;

1

2.      The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;

3.      The preliminary injunctive relief previously granted (ECF No. 12) is permanent; and

4.      The Clerk of Court is ordered to enter judgment accordingly and close this case.

IT IS SO ORDERED.

Date: May 18, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE